**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

*Attorneys for Lothar Goernitz, Trustee*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| ROBERTO AMADOR TORRES<br>fdba EL PUEBLO FOODS<br>aka ROBERT AMADOR TORRES,<br><br>Debtor. | No. 2:21-bk-01404-DPC<br><br>**TRUSTEE'S APPLICATION FOR PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION PURSUANT TO F.R.B.P. 2004 - ROBERTO AMADOR DELGADO** |

Lothar Goernitz, Trustee, by and through his undersigned counsel, herein applies to this Court for an Order directing Roberto Amador Delgado to produce documents and appear for examination under oath pursuant to F.R.B.P. 2004. For his Application, Lothar Goernitz, Trustee, respectfully represents as follows:

1. Roberto Amador Torres ("**Debtor**") filed his Voluntary Petition under Chapter 7 of Title 11 on February 26, 2021.

2. Lothar Goernitz is the duly appointed and acting trustee in this case ("**Trustee**").

3. Trustee desires to examine Roberto Amador Delgado as to acts and conductamong other matters which would affect this Estate and its administration. Exhibit "A" details the information Trustee desires to review.

4. A motion and order for a Rule 2004 examination may be made and granted ex parte, see Advisory Committee Note to Rule 2004, and without notice to examinee. *In re Good Hope Refineries, Inc.,* 9 B.R. 421, 422 (Bankr. D. Mass. 1981). Both the debtor and "third parties" are vulnerable to the extensive discovery the rule permits. *In re Wilcher,* 56 B.R. 428, 434 (Bankr. N.D. Ill. 1985). The examination may include questions concerning the liabilities and financial

condition of the debtor or any matter which may affect the administration of the estate. The scope of the inquiries is determined by the relevance of the information sought to the continued administration of the bankruptcy estate. *In re Cinderella Clothing Industries, Inc.,* 93 B.R. 373, 378-9 (Bankr. E.D. Pa. 1988).

5. Trustee has considered the requirement of F.R.B.P. 2004(e) and determined that the witness resides 28.7 miles from the place of the examination. Trustee will tender payment of the required mileage and witness fee with service of the Order approving this Application, together with any Subpoena required by Rule 9016.

WHEREFORE, Lothar Goernitz, Trustee respectfully requests that this Court issue its Order directing Roberto Amador Delgado to produce the documents detailed in Exhibit "A" and to appear at the offices of Lane & Nach, P.C., 2001 East Campbell, Suite 103, Phoenix, Arizona, for an electronically recorded oral examination on a date and time agreeable to the parties or, if upon notice, after not less than 28 days' notice.

RESPECTFULLY SUBMITTED this  15th  day of April, 2021.

**LANE & NACH, P.C.**

By   /s/ MPL 007435
Michael P. Lane
Attorneys for Trustee

COPY of the foregoing mailed:

Roberto Amador Delgado
2056 East Ranch Ct.
Gilbert, AZ 85296

Delivered via electronic notification to:

Candace E Kallen
My Arizona Lawyers
1731 West Baseline Road Suite 101
Mesa, AZ 85202
Email: jacqueline@myazlawyers.com
Attorney for Debtor

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email:  Jennifer.A.Giaimo@usdoj.gov

By/s/ Debbie McKernan

# EXHIBIT "A"

**With respect to Mayan Tortilla Factory, LLC. (hereinafter "Corporation") please produce the following:**

1. Copies of all corporate income tax returns (federal and state) from from January 1, 2018, to the present.

2. Copies of all corporate minutes, articles of incorporation, by-laws and stock transfer records.

3. Copies of any and all financial statements prepared by the Corporation or on its behalf, including but not necessarily limited to those prepared for submission to lending institutions from January 1, 2018, to the present.

4. All titles, bills of sale or contracts of sale upon personal property for automobiles, boats, motorcycles, ATC's or aircraft belonging to the Corporation or in which it has or ever had any interest whatsoever.

5. All leases to which the Corporation is a party or in which it has, or ever had, a legal or beneficial interest.

6. All contracts to which the Corporation is a party or in which the Corporation has or ever had a legal or beneficial interest.

7. All promissory notes in which the Corporation is or was a maker.

8. All promissory notes in which the Corporation is, or was, a holder or payee.

9. Copies of all canceled checks, monthly bank statements, check registers pertaining to all bank or other deposit accounts in the name of the Corporation or in which the Corporation now has or since January 1, 2018, has had a legal or beneficial interest. This request is for all such accounts currently existing or which existed during the time period.

10. All insurance policies and schedules owned by the Corporation at the present time.

11. Copies of all business books and records for the period January 1, 2018, to the present, including, but not limited to, the following:

    (a) The cash receipts journal;
    (b) The cash disbursement journal;
    (c) The general ledger;
    (d) The payroll journal;
    (e) The payroll tax returns;
    (f) Schedule of accounts payable; and,
    (g) Schedule of accounts receivable.