**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

*Attorneys for Lothar Goernitz, Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| ROBERTO AMADOR TORRES<br>fdba EL PUEBLO FOODS<br>aka ROBERT AMADOR TORRES,<br><br>Debtor. | No. 2:21-bk-01404-DPC<br><br>**NOTICE OF FRBP 2004 EXAMINATION AND CERTIFICATE OF SERVICE** |

YOU ARE HEREBY NOTIFIED that the examination of **Roberto Amador Delgado** will be taken pursuant to Fed.R.Bankr.P. 2004 on **May 21, 2021** at the hour of **10:00 a.m.**, at the offices of Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103, Phoenix, AZ 85016.

**YOU ARE FURTHER NOTIFIED** that the documents listed on Exhibit "A" to the Order Requiring Production of Documents and Oral Examination ("Order") shall be produced to the undersigned counsel on or before **May 17, 2021**. A complete copy of the signed Order is attached hereto.

DATED: April 19, 2021.

                                                        **LANE & NACH, P.C.**

                                                        By: /s/ MPL 007435
                                                             Michael P. Lane
                                                             Attorneys for Trustee

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on April 19, 2021, a copy of the Notice of FRBP 2004 Examination, signed Order were served by depositing a copy of the same in the U.S. mail, in a postage prepaid envelope, addressed as follows:

Roberto Amador Delgado
2056 East Ranch Ct.
Gilbert, AZ 85296

VIA EMAIL ONLY:

Candace E Kallen
My Arizona Lawyers
1731 West Baseline Road Suite 101
Mesa, AZ 85202
Email: jacqueline@myazlawyers.com
Attorney for Debtor

By: /s/ Sheila Rochin