**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

*Attorneys for Lothar Goernitz, Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ROBERTO AMADOR TORRES<br>fdba EL PUEBLO FOODS<br>aka ROBERT AMADOR TORRES,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:21-bk-01404-DPC<br><br>**AMENDED NOTICE OF FRBP 2004 EXAMINATION AND CERTIFICATE OF SERVICE** |

YOU ARE HEREBY NOTIFIED that the examination of **Roberto Amador Delgado** will be taken pursuant to Fed.R.Bankr.P. 2004 on **May 21, 2021** at the hour of **10:00 a.m.**, at the offices of Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103, Phoenix, AZ 85016.

**YOU ARE FURTHER NOTIFIED** that the documents listed on Exhibit "A" to the Order Requiring Production of Documents and Oral Examination ("Order") shall be produced to the undersigned counsel on or before **May 17, 2021**. A complete copy of the signed Order is attached hereto.

DATED: April 19, 2021.

                                        **LANE & NACH, P.C.**

                                        By: /s/ MPL 007435
                                            Michael P. Lane
                                            Attorneys for Trustee

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on April 19, 2021, a copy of the Notice of FRBP 2004 Examination, signed Order were served by depositing a copy of the same in the U.S. mail, in a postage prepaid envelope, addressed as follows:

Roberto Amador Delgado
2056 East Ranch Ct.
Gilbert, AZ 85296

VIA EMAIL ONLY:

Candace E Kallen
My Arizona Lawyers
1731 West Baseline Road Suite 101
Mesa, AZ 85202
Email: jacqueline@myazlawyers.com
Attorney for Debtor

By: /s/ Sheila Rochin

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

ROBERTO AMADOR TORRES
fdba EL PUEBLO FOODS
aka ROBERT AMADOR TORRES,

Debtor.

(Chapter 7 Case)

No. 2:21-bk-01404-DPC

**ORDER GRANTING TRUSTEE'S APPLICATION FOR PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION PURSUANT TO F.R.B.P. 2004 – ROBERTO AMADOR DELGADO**

This Court having considered the *Application For Production of Documents and Oral Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004* filed by Lothar Goernitz, Trustee ("Trustee") and good cause having been established,

**IT IS HEREBY ORDERED** that Roberto Amador Delgado shall produce the documents detailed in Exhibit "A" attached hereto, to Trustee's attorneys, Lane & Nach, P.C., 2001 East Campbell, Suite 103, Phoenix, Arizona, and shall submit to an oral examination under oath, on a date and time agreeable to the parties or, if upon notice, after not less than 28 days' notice.

**IT IS FURTHER ORDERED** approving Trustee's calculation for compliance with FRBP 2004(e) as set forth in Trustee's Application.

**IT IS FURTHER ORDERED** that Trustee shall promptly serve this Order on Roberto Amador Delgado and file a certificate of service therefor.

**DATED AND SIGNED ABOVE**

# EXHIBIT "A"

**With respect to El Pueblo Foods, LLC, (hereinafter "Corporation") please produce the following:**

1. Copies of all corporate income tax returns (federal and state) from from January 1, 2018, to the present.

2. Copies of all corporate minutes, articles of incorporation, by-laws and stock transfer records.

3. Copies of any and all financial statements prepared by the Corporation or on its behalf, including but not necessarily limited to those prepared for submission to lending institutions from January 1, 2018, to the present.

4. All titles, bills of sale or contracts of sale upon personal property for automobiles, boats, motorcycles, ATC's or aircraft belonging to the Corporation or in which it has or ever had any interest whatsoever.

5. All leases to which the Corporation is a party or in which it has, or ever had, a legal or beneficial interest.

6. All contracts to which the Corporation is a party or in which the Corporation has or ever had a legal or beneficial interest.

7. All promissory notes in which the Corporation is or was a maker.

8. All promissory notes in which the Corporation is, or was, a holder or payee.

9. Copies of all canceled checks, monthly bank statements, check registers pertaining to all bank or other deposit accounts in the name of the Corporation or in which the Corporation now has or since January 1, 2018, has had a legal or beneficial interest. This request is for all such accounts currently existing or which existed during the time period.

10. All insurance policies and schedules owned by the Corporation at the present time.

11. Copies of all business books and records for the period January 1, 2018, to the present, including, but not limited to, the following:

      a. The cash receipts journal;
      b. The cash disbursement journal;
      c. The general ledger;
      d. The payroll journal;
      e. The payroll tax returns;
      f. Schedule of accounts payable; and,
      g. Schedule of accounts receivable.