Marcos E. Garciaacosta
Marcos E. Garciaacosta Law Group, PLLC.
2875 W. Ray Rd. Suite 6-108
Chandler, AZ 85224
Bar # 032321
Marcos.e.garciaacosta@gmail.com
602-317-0035
Attorney for Creditors Jesus Sergio Paez
and Legal Business Global

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** | **Chapter 7 Proceeding** |
| **ROBERTO AMADOR TORRES** **fdba EL PUEBLO FOODS** **aka ROBERT AMADOR TORRES,** | **Case No.: 2:21-bk-01404-DPC** |
| **Debtor,** | **NOTICE OF HEARING** |
| **JESUS SERGIO PAEZ; MARCOS EDUARDO GARCIAACOSTA LAW GROUP dba LEGAL BUSINESS GLOBAL** | **ON MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE - 11 U.S. CODE § 727** |
| **Movants,** **v.** | **Date: Tuesday, August 3, 2021** **Time: 10:00 a.m.** |
| **ROBERTO AMADOR TORRES** **fdba EL PUEBLO FOODS** **aka ROBERT AMADOR TORRES,** | **Via Zoom Video Conference** **See Zoomgov information below.** |
| **Respondents.** | **(Honorable Daniel P. Collins)** |

   **NOTICE IS HEREBY GIVEN** that on June 7, 2021 Creditors Jesus Sergio Paez

and Legal Business Global filed and served a *Motion For An Extension Of Time To File*

*Complaint Objecting To Debtor's Discharge* - 11 U.S. CODE § 727 .[DE # 34].

   **NOTICE IS FURTHER GIVEN THAT** a hearing on the *Motion* is set to be

heard on Tuesday, August 3, 2021 at 10:00 a.m. by the Honorable Daniel P. Collins,

United States Bankruptcy Judge, at the United States Bankruptcy Court located at 230 North First Avenue, Phoenix, Arizona 85003.

**NOTICE IS FURTHER GIVEN THAT** the aforementioned hearing will be held via zoom video conference. See the zoomgov access information below/ next page.

**NOTICE IS FURTHER GIVEN pursuant to Local BK Rule 9013-1(j) (1) that:**

- The relief requested is an extension of the time in which to file an adversary complaint objecting to the Debtor's discharge until after the conclusion of the negotiations between the Chapter 7 Trustee and the Debtor and other parties holding property of the Debtor;

- The deadline to file a response or objection to the *Motion* is July 29, 2021;

- Any response or objection must be filed with the Court and served on Movants at

>   Marcos E. Garciaacosta Law Group, PLLC
>
>   2875 W. Ray Rd. Suite 6-108
>   Chandler, AZ 85224
>   Marcos.e.garciaacosta@gmail.com
>   602-317-0035
>   Attorney for Creditors Jesus Sergio Paez and Legal Business Global

**NOTICE IS FURTHER GIVEN pursuant to Local BK Rule 9013-1(j) (2) that** the Court may vacate the hearing and grant the relief requested if no timely objection is served and filed.

**Join ZoomGov Meeting**

https://www.zoomgov.com/j/1609440653?pwd=YkRHR3laemJLSXZ5Tm9Ka09zWklOQT09

Meeting ID: 160 944 0653

Passcode:343726

One tap mobile

+16692545252,,1609440653#,,,,*343726# US (San Jose)

+16692161590,,1609440653#,,,,*343726# US (San Jose)

Dial by your location

+1 669 254 5252 US (San Jose)

+1 669 216 1590 US (San Jose)

+1 646 828 7666 US (New York)

+1 551 285 1373 US

Meeting ID: 160 944 0653

Passcode: 343726

Find your local number: https://www.zoomgov.com/u/aeGMUpKz5l

Join by SIP

1609440653@sip.zoomgov.com

Join by H.323

161.199.138.10 (US West)

161.199.136.10 (US East)

Meeting ID: 160 944 0653

Passcode: 343726

1

2        Respectfully submitted   this 14th day of July, 2021.

3

4                                  Marcos E. Garciaacosta Law Group, PLLC.

5                                  By:   /s/ Marcos Eduardo Garciaacosta
Marcos Eduardo Garciaacosta

6                                  Attorney for Creditors Jesus Sergio Paez
and Legal Business Global

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Clerk of the Court this 14th day of July, 2021 via ECF and that a copy of the foregoing was served via receipt of the Notice of Electronic Filing pursuant to Local Rule 9076-1 and via mail or electronic mail, addressed to the following party:

**ROBERTO AMADOR TORRES**
11036 E STARKEY AVENUE
MESA, AZ 85212

**CANDACE E KALLEN, DAVID TAYLOR**
**MY ARIZONA LAWYERS**
1731 W BASELINE RD STE 101
MESA, AZ 85202
480-833-8000
Email: jacqueline@myazlawyers.com, david.taylor@myazlawyers.com
Attorneys for Debtor

**HELEN SANTILLI, MICHAEL P. LANE**
**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
602-258-6000
Email: michael.lane@lane-nach.com, helen.Santilli@lane-nach.com
Attorneys for Trustee Lothar Goernitz

**ELIZABETH C. AMOROSI**
**OFFICE OF THE U.S. TRUSTEE**
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003
Email: Elizabeth.C.Amorosi@usdoj.gov

/s/ Marcos Eduardo Garciaacosta