# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | ROBERTO AMADOR TORRES |
| **Case Number:** | 2:21-BK-01404-DPC  **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, AUGUST 03, 2021 10:00 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RENEE BRYANT |
| **Reporter / ECR:** | N/A |

## Matter:

AMENDED MOTION TO EXTEND DEADLINE FOR FILING SECTION 727 OBJECTION TO DISCHARGE

**R / M #:** 34 / 0

## Appearances:

DANIEL TAYLOR, ATTORNEY FOR ROBERTO AMADOR TORRES
MARCOS E. GARCIAACOSTA, ATTORNEY FOR JESUS SERGIO PAEZ, MARCOS EDUARDO GARCIA ACOSTA21-01386

## Proceedings:

Mr. Garciaacosta states he is seeking an extension of time to file an objection under section 727.

Mr. Taylor states he does not object to a ninety-day extension to file a section 727 complaint.

COURT: THE COURT WILL GRANT THE MOTION TO EXTEND THE DEADLINE FOR FILING A SECTION 727 OBJECTION TO DISCHARGE. THE COURT INSTRUCTS MR. GARCIAACOSTA TO PREPARE A FORM OF ORDER AND SEND IT TO MR. TAYLOR. ONCE THE PARTIES AGREE ON THE FORM OF ORDER, THE COURT WILL SIGN IT. THE COURT INSTRUCTS MR. GARCIAACOSTA TO INCLUDE A SPECIFIED DATE AS TO WHEN THE EXTENSION EXPIRES.