# Notice Recipients

District/Off: 0970–2     User: admin     Date Created: 8/10/2021
Case: 2:21–bk–01404–DPC     Form ID: pdf001     Total: 17

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | LOTHAR GOERNITZ | lothargoernitz@lgt.phxcoxmail.com |
| aty | CANDACE E KALLEN | jacqueline@myazlawyers.com |
| aty | HELEN K. SANTILLI | Helen.santilli@lane–nach.com |
| aty | MARCOS EDUARDO GARCIAACOSTA | marcos.e.garciaacosta@gmail.com |
| aty | MICHAEL P. LANE | michael.lane@lane–nach.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | ROBERTO AMADOR TORRES | 11036 E STARKEY AVENUE | MESA, AZ 85212 | |
| cr | Jesus Sergio Paez | Marcos E. Garciaacosta Law Group PLLC | 2875 W Ray Rd Suite 6 # 108 | Chandler, AZ 85224 UNITED STATES |
| aty | Marcos Eduardo Garciaacosta | Marcos E. Garciaacosta Law Group PLLC | 2875 W Ray Rd Suite 6 # 108 | Chandler, AZ 85224 |
| 16368515 | Arizona Department of Revenue | 1600 W. Monroe St. | Phoenix AZ 85007 | |
| 16368516 | Chex Systems Inc | Attn: Consumer Relations | 7805 Hudson Road, Suite 100 | Saint Paul MN 55125 |
| 16368517 | Dept of Child Support SVCS– California | 10417 Mountain View Avenue | 00092–3540 | |
| 16368518 | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia PA 19101 |
| 16458116 | Jesus Sergio Paez | c/o Marcos E. Garciaacosta Law Group | 2875 W Ray Rd Suite 6–108 | Chandler, AZ 85224 |
| 16368519 | Jesus Sergio Paez | c/o Marcos Garcia Acosta | 659 E Main St Suite 108 | Mesa AZ 85203 |
| 16368520 | Legal Business Global | c/o Marcos Garcia Acosta | 659 E Main St Suite 108 | Mesa AZ 85203 |
| 16368521 | Maricopa County Superior Court | 620 W. Jefferson St. | Phoenix AZ 85003 | |
| 16368522 | Placer County Child Support Services | Attn: Bankruptcy | Po Box 419064 Mail Station 100 | Rancho Cordova CA 95741 |

TOTAL: 12