# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:**<br><br>ROBERTO AMADOR TORRES<br>fdba EL PUEBLO FOODS<br>aka ROBERT AMADOR TORRES,<br><br>**Debtor,**<br>_____<br>JESUS SERGIO PAEZ; MARCOS EDUARDO GARCIAACOSTA LAW GROUP dba LEGAL BUSINESS GLOBAL<br><br>**Movants,**<br>v.<br><br>ROBERTO AMADOR TORRES<br>fdba EL PUEBLO FOODS<br>aka ROBERT AMADOR TORRES,<br><br>**Respondents.** | **Chapter 7 Proceeding**<br><br><br><br>**Case No.: 2:21-bk-01404-DPC**<br><br><br><br>**[PROPOSED] ORDER**<br><br>**ORDER EXTENDING TIME TO FILE COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE UNTIL NOVEMBER 8, 2021 - 11 U.S. CODE § 727** |

The Creditors Jesus Sergio Paez and Marcos Eduardo Garciaacosta Law Group dba Legal Business Global, through counsel, having filed pursuant to F.R.B.P. 4004(b) a timely *Motion For An Extension Of Time To File Complaint Objecting To Debtor's Discharge - 11 U.S. CODE § 727*, and a hearing on the motion having been held on August 3rd, 2021 with no opposition from Respondent, and good cause appearing,

**IT IS HEREBY ORDERED** extending Movants' deadline to file COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE to November 8, 2021.

**DATED AND SIGNED ABOVE.**