**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com
Helen K. Santilli - 032441
Email: helen.santilli@lane-nach.com

*Attorneys for Lothar Goernitz, Trustee*

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ROBERTO AMADOR TORRES<br>fdba EL PUEBLO FOODS<br>aka ROBERT AMADOR TORRES,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:21-bk-01404-DPC<br><br>**CERTIFICATE OF SERVICE AND NO OBJECTION** |

Helen K. Santilli, as counsel for Lothar Goernitz, Trustee, ("**Trustee**") declares as follows:

1. That she is an attorney with the Law Firm of Lane & Nach, P.C., counsel for Trustee in this bankruptcy proceeding and has personal knowledge of the facts stated herein.

2. As reflected in this Court's file, a *Notice of Stipulated Motion to Compromise Claims of the Estate* was mailed by first class mail to all creditors and parties in interest listed on the most current and updated Master Mailing List on August 12, 2021.

3. In accordance with the Notice, any objections were to have been filed no later than 21 days from the date of the mailing. As of that date, no formal objections were received in the office of the attorneys for Trustee. A review of the electronic docket confirms that no objections were filed.

4. Therefore, it is respectfully requested that this Court approve the Order lodged concurrently with this Certificate, without the need for a hearing.

RESPECTFULLY SUBMITTED this 7th day of September, 2021.

**LANE & NACH, P.C.**

By /s/ Helen K. Santilli
    Michael P. Lane
    Helen K. Santilli
    *Attorneys for Trustee*