SO ORDERED.

Dated: September 8, 2021

Daniel P. Collins, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

ROBERTO AMADOR TORRES
fdba EL PUEBLO FOODS
aka ROBERT AMADOR TORRES,

Debtor.

(Chapter 7 Case)

No. 2:21-bk-01404-DPC

**ORDER APPROVING STIPULATED MOTION TO COMPROMISE CLAIMS OF THE ESTATE**

After thorough consideration of the *Stipulated Motion to Compromise Claims of the Estate* ("**Motion**") filed by Lothar Goernitz, Trustee, and good cause appearing therefor;

**THE COURT FINDS** that the settlement is in the best interest of the Estate, that the settlement has been duly noticed, with no objections having been received, and all other requirements of Bankruptcy Rule 9019 having been satisfied;

**IT IS HEREBY ORDERED** approving the Motion, authorizing the Trustee[1] to accept the sum of $9,000.00 ("**Settlement Amount**"), and as more fully set forth below:

A. Mayan Tortilla Factory, LLC, Roberto Amador Delgado aka Robert Amador Delgado, Sandra Delgado, and Christian Amador ("**Defendants**") agree to pay the Settlement Amount in three (3) payments, each in the amount of $3,000.00, without interest. The first payment of $3,000.00 will be remitted within fifteen (15) days of the execution of the Motion. Each subsequent payment shall be due on or before the 15th day of each consecutive month thereafter, until the Settlement Amount is paid in full.

B. Payments shall be in the form of a check or certified funds naming as payee "Lothar

---

[1] Any capitalized term not expressly defined herein shall have the same definition as provided for in the Motion.

Goernitz, Trustee" and mailed to Lane & Nach, P.C., care of Helen K. Santilli.

C. If payment is received by the Trustee prior to the Court entering this Order, the Trustee may deposit the payment and retain the funds pending entry of the Court Order. In the event the Motion is not approved for any reason, any payments sent to the Trustee shall be returned to the Defendants.

D. In the event the Defendants default in remitting any payment when due under the terms of the Motion, Trustee may provide written notice of the default to the Defendants' counsel, with a period of ten (10) days to cure such default. If the Defendants fail to timely cure the default, Trustee may file an affidavit of non-payment and lodge a proposed judgment for the Settlement Amount, minus any payment received, along with any costs and attorneys' fees incurred by the Estate, from the date of default in order to collect the Settlement Amount.

E. Upon entry of a Court Order approving the Motion and receipt of the Settlement Amount, the Trustee and the Estate release the Defendants from any known or unknown liability or causes of action arising from the State Court Litigation or that could have been asserted in the State Court Litigation or that could have been asserted against any of the Defendants by any creditor of the Debtor, including, but not limited to Jesus Sergio Paez.

F. Upon entry of a Court Order approving the Motion and receipt of the Settlement Amount, Trustee shall promptly dismiss the State Court Litigation (CV2020-090297) as to all of the Defendants with prejudice and with each party to bear their own attorneys' fees and costs.

**DATED AND SIGNED ABOVE**