**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com
Helen K. Santilli - 032441
Email: helen.santilli@lane-nach.com

*Attorneys for Lothar Goernitz, Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| ROBERTO AMADOR TORRES<br>fdba EL PUEBLO FOODS<br>aka ROBERT AMADOR TORRES,<br>Debtor. | No. 2:21-bk-01404-DPC<br><br>**TRUSTEE'S REPORT OF RECEIPT OF SETTLEMENT FUNDS** |

Lothar Goernitz, Trustee, by and through his attorneys undersigned, herein reports that pursuant to this Court's Order dated September 8, 2021, the Trustee has received payments from the Defendants[1] in the sum of $9,000.00 as set forth in the Order. (DCKT. 50).

RESPECTFULLY SUBMITTED this 19th day of October, 2021.

**LANE & NACH, P.C.**

By /s/ Helen K. Santilli
    Michael P. Lane
    Helen K. Santilli
    *Attorneys for Trustee*

---

[1] "**Defendants**" has the same meaning as prescribed in the Order Approving Stipulated Motion to Compromise Claims of the Estate.

Copy of the foregoing mailed/emailed as follows:

Candace E. Kallen
My Arizona Lawyers
1731 West Baseline Road Suite 101
Mesa, AZ 85202
Email: jacqueline@myazlawyers.com
*Attorney for Debtor*

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Jennifer.A.Giaimo@usdoj.gov

By /s/ Sheila Rochin