**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane - 007435
Email: michael.lane@lane-nach.com

Attorneys for Lothar Goernitz, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| ROBERTO AMADOR TORRES<br>fdba EL PUEBLO FOODS<br>aka ROBERT AMADOR TORRES,<br><br>Debtor. | No. 2:21-bk-01404-DPC<br><br>**FINAL APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS TO BE SUBORDINATED TO TRUSTEE'S FEES AND REQUEST FOR NOTICING THROUGH TRUSTEE'S FINAL REPORT** |

I. **GENERAL INFORMATION**.

Lane & Nach, P.C., (hereinafter "**Attorney**"), counsel for Lothar Goernitz, Chapter 7 Trustee in the above-captioned case (hereinafter "**Trustee**") makes its First and Final Application for Payment of Attorneys' Fees and Costs to Be Subordinated to Trustee's Fees and Request for Noticing Through Trustee's Final Report. In support of its Application, Attorney submits its billing statements for the period April 13, 2021, through October 19, 2021 which are attached hereto and incorporated herein. In further support of its Application, Attorney respectfully represents as follows:

II. **NARRATIVE SUMMARY**.

A. Background.

1. This case was commenced by voluntary petition filed on or about February 26, 2021. Thereafter, Lothar Goernitz was appointed Trustee.

2. Attorney's employment as counsel for the Trustee was approved by Order of this Court dated April 13, 2021 [DE 17]. This is Attorney's First and Final Application for Allowance of Compensation and Reimbursement of Expenses.

3. Attorney has expended in excess of 31.70 hours in its representation of the Trustee. Based upon Attorney's ordinary hourly rates in effect at the time services were rendered, as detailed herein, Attorney's fees total $10,222.00. Attorney has incurred out-of-pocket expenses for which it is seeking reimbursement in the sum of $366.84. The blended hourly rate is $363.33. Attorney has agreed to subordinate its fees and costs to Trustee's fees. The total amount sought by Attorney is as follows:

| | |
|---|---|
| Total Fees | $10,222.00 |
| Total Costs | $   366.84 |
| Total | $10,588.84 |

4. The services for which compensation is requested were rendered on behalf of the Trustee and compensation is sought pursuant to 11 U.S.C. §§330(a), 331 and 503(a) and (b) and Rule 2016(a), F.R.B.P. and in compliance with this Court's <u>Order Authorizing Trustee to Employ Attorney</u>, and the Guidelines of the Office of the U.S. Trustee for the District of Arizona.

5. Except as Attorney may be entitled to receive compensation herein, Attorney has no arrangements with any other parties whatsoever to pay Attorney for the services of Attorney to the Estate, nor has Attorney received any funds from any parties whatsoever for the services rendered to the Estate. Additionally, Attorney has not made any arrangements to share any compensation received by Order of this Court with any other party, nor does Attorney have

arrangements for sharing of any compensation herein awarded, except as are normally divided among members and/or associates of its firm.

6. The names of all of Attorney's professionals and paraprofessionals, their billing code, and the hourly rate charged by each is set forth below. Attorney charges its non-bankruptcy clients at the same rate or higher for similar services. The rates charged are reasonable and are commensurate with fees for similar services charged by bankruptcy attorneys and other professionals of similar experience in Phoenix, Arizona.

| *Title* | *Name/Billing Code* | *Hourly Rate(s)* | *Year Admitted to Practice* |
|---|---|---|---|
| **Partner** | Michael P. Lane (MPL/Partner) | $420-$375 | 1974 |
| **Associate** | Helen Santilli (HS/Associate) | $295 | 2015 |
| **Paralegal** | Sheila M. Rochin (SMR/Paralegal) | $175 | N/A |
| **Paralegal** | Deb McKernan (DM/Paralegal) | $170 | N/A |

7. This Application is filed more than 120 days after the Order for relief and more than 120 days after a prior application.

B. <u>Case Status</u>.

1. To the best of Attorney's information and belief, the approximate amount of cash receipts and disbursements as of this date are as follows:

Total Received                         $9,000.00

Total Disbursed                        $ -0- (minimal bank fees)

2. Attorney is not aware of any other requests for compensation pending before this Court. To the best of Attorney's information and belief, there are no other approved and unpaid administrative expenses other than those applied for herein.

3. To the best of Attorney's information, there are no encumbered funds in the Estate.

4. Trustee anticipates that the Notice of Proposed Distribution should be submitted on or before February, 2022. Trustee believes that it is not feasible to make an interim distribution to creditors at this time, without prejudicing the rights of any creditor holding a claim of equal or higher priority.

C. <u>Project Summary</u>.

The following are the descriptions of the projects for which fees and expenses were incurred, all of which were necessary and benefited the Estate, the number of hours spent and the amount of compensation requested for each professional and paraprofessional for each project.

1. <u>Case Administration</u>. As more fully set forth in Exhibit "A" Attorney has performed professional services with respect to the general administration of this bankruptcy Estate. Time was incurred in communication and correspondence with the Trustee and others regarding the general status of the case and the various activities involved in the case. Time and attention was incurred with the analysis of the Debtor's pre-petition activities. Time and attention was incurred in the analysis of Debtor's Schedules and Statements filed with the Court. Attorney conducted an examination/document production pursuant to FRBP 2004. In connection with this subject area, the following fees were incurred:

| *Title* | *Name* | *Hourly Rate(s)* | *Hours* | *Dollar Amount* |
|---|---|---|---|---|
| **Partner** | Michael P. Lane | $375-$420 | 4.5 | $1,687.50 |
| **Associate** | Helen K. Santilli | $295 | 0.5 | 147.50 |
| **TOTAL** | | | | $1,835.00 |

As detailed on Exhibit "A", the costs for which Attorney seeks reimbursement total $366.84.

2. <u>Employment and Payment of Professionals</u>. As more fully set forth in Exhibit

"A", Attorney has performed professional services with respect to the employment and payment of professionals. In connection with this subject area, the following fees were incurred:

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|---|---|---|---|---|
| **Partner** | Michael P. Lane | $375-$420 | 1.0 | $420.00 |
| **Paralegal** | Sheila M. Rochin | $175 | 0.5 | 87.50 |
| **TOTAL** | | | | 507.50 |

3. <u>Asset Analysis & Disposition</u>. As more fully set forth in Exhibit "A", Attorney has performed professional services with respect to the analysis and disposition of Estate assets. Attorney assisted the Trustee in the analysis of pre-petition litigation pending in the Maricopa County Superior Court CV2020-090297. Time and attention was incurred in the analysis of the state court litigation and the Estate's fraudulent transfer claims. Attorney assisted the Trustee in negotiating a settlement of the matter which was approved by this Court pursuant to FRBP 9019. In connection with this subject area, the following fees were incurred:

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|---|---|---|---|---|
| **Partner** | Michael P. Lane | $350 | 7.6 | $2,850.00 |
| **Associate** | Helen K. Santilli | $295 | 16.3 | 4,808.50 |
| **Paralegal** | Deb McKernan | $170 | 1.3 | 221.00 |
| **TOTAL** | | | | $7,879.50 |

III. **<u>EVALUATION STANDARDS</u>**.

A. Attorney certifies that it did, in fact, perform the services set forth herein and is entitled to compensation requested; and Attorney certifies that performance of the services has benefited the Estate.

B. Trustee has approved of the requested fees and costs.

## IV. CONCLUSION.

Based on the foregoing, Lane & Nach, P.C., respectfully requests that this Court enter its Order:

A. Approving and authorizing payment of fees to Lane & Nach, P.C. in the sum of $10,222.00 for services provided herein for the period April 13, 2021, through October 19, 2021 through Trustee's Final Report and to be subordinated to the Trustee's Fees and Costs; and,

B. Approving and authorizing reimbursement of out-of-pocket expenses to Lane & Nach, P.C., in the sum of $366.84 incurred herein through Trustee's Final Report and to be subordinated to the Trustee's Fees and Costs; and,

C. For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 20th day of October, 2021.

**LANE & NACH, P.C.**

By /s/ Michael P. Lane 007435
Michael P. Lane
*Attorneys for Trustee*

Copy of the foregoing delivered via electronic notification:

Candace E Kallen
My Arizona Lawyers
1731 West Baseline Road Suite 101
Mesa, AZ 85202
Email: jacqueline@myazlawyers.com
Attorney for the Debtor

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Jennifer.A.Giaimo@usdoj.gov
Email: ustpregion14.px.ecf@usdoj.gov

By /s/ S. Rochin

# LANE & NACH, P.C.

2001 E. Campbell Avenue

Suite 103

PHOENIX, AZ  85016

Telephone:  (602) 258-6000

Facsimile (602) 258-6003

TAX I.D. #86-0938074

LOTHAR GOERNITZ
P.O. BOX 32961
PHOENIX, AZ   85064

Statement Date: October 19, 2021
Statement No. 95184
Account No. 7011.525

Page:  1

RE: TORRES, ROBERTO AMADOR

Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 04/13/2021 | MPL | CONFERENCE WITH TRUSTEE AND REVIEW FILE REGARDING NEW CASE | 375.00 | 1.00 | 375.00 |
| 04/14/2021 | MPL | REVIEW CORPORATE RECORDS AND ONLINE SEARCH | 375.00 | 0.70 | 262.50 |
| | MPL | DRAFT AND PREPARE APPLICATION FOR EXAM OF DELGADO WITH PRODUCTION OF DOCUMENTS | 375.00 | 0.50 | 187.50 |
| | MPL | DRAFT AND PREPARE APPLICATION FOR EXAM OF DEBTOR WITH PRODUCTION OF DOCUMENTS | 375.00 | 0.50 | 187.50 |
| 04/26/2021 | MPL | REVIEW DOCUMENTS FROM ATTORNEY RUSING | 375.00 | 1.80 | 675.00 |
| 05/11/2021 | HKS | REVIEW OF FILE, SCHEDULES, AND DOCKET. | | 0.90 | N/C |
| 05/17/2021 | HKS | EXCHANGE CORRESPONDENCE WITH MARCOS G. REGARDING 2004 EXAMINATIONS. | 295.00 | 0.10 | 29.50 |
| 06/02/2021 | HKS | REVIEW OF AMENDED SCHEDULES. | 295.00 | 0.10 | 29.50 |
| 06/16/2021 | HKS | EXCHANGE CORRESPONDENCE WITH MARCOS G. REGARDING ONGOING STATUS OF CASE. | 295.00 | 0.10 | 29.50 |
| | HKS | REVIEW OF EMAIL FROM DEBTOR'S COUNSEL REGARDING TAXES. | 295.00 | 0.10 | 29.50 |
| 06/17/2021 | HKS | EXCHANGE CORRESPONDENCE WITH MARCOS G. REGARDING CASE STATUS. | 295.00 | 0.10 | 29.50 |
| | | CASE ADMINISTRATION | | 5.00 | 1,835.00 |
| 04/13/2021 | SMR | REVIEW FILE FOR CONFLICTS; PREPARATION OF APPLICATION TO EMPLOY ATTORNEY FOR TRUSTEE, ATTORNEY DISINTERESTEDNESS DECLARATION AND FORM OF ORDER; ELECTRONIC COURT FILING. | 175.00 | 0.50 | 87.50 |

LOTHAR GOERNITZ

TORRES, ROBERTO AMADOR

Page: 2
10/19/2021
Account No: 7011-525
Statement No: 95184

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 10/19/2021 | MPL | CASE CLOSING AND TRUSTEE ATTORNEY FEE APPLICATION | 420.00 | 1.00 | 420.00 |
| | | PROFESSIONAL EMPLOYMENT/ FEES | | 1.50 | 507.50 |
| 04/13/2021 | MPL | REVIEW PRODUCTION OF DOCUMENTS FROM ATTORNEY GARCIA ACOSTA | 375.00 | 0.90 | 337.50 |
| 05/10/2021 | MPL | CONFERENCE WITH ATTORNEY HAWKINS REGARDING CLAIM V. SON | 375.00 | 0.60 | 225.00 |
| | MPL | CONFERENCE WITH TRUSTEE REGARDING SAME | 375.00 | 0.80 | 300.00 |
| | MPL | LETTER TO ATTORNEY GARCIA-ACOSTA REGARDING SAME | 375.00 | 0.30 | 112.50 |
| | MPL | ATTENTION TO ISSUES IN REMOVAL OF STATE COURT ACTIONS | 375.00 | 0.50 | 187.50 |
| | HKS | REVIEW OF EMAIL FROM MARCO G. REGARDING DISMISSAL OF STATE COURT ACTION AND PENDING ISSUES. | 295.00 | 0.10 | 29.50 |
| 05/11/2021 | HKS | REVIEW OF STATE COURT DOCKET AND CORRESPONDENCE FROM PLAINTIFF'S COUNSEL REGARDING SAME. REVIEW OF MINUTE ENTRIES. | | 0.50 | N/C |
| | HKS | DRAFT MOTION TO SUBSTITUTE TRUSTEE AS PLAINTIFF AND ACCOMPANYING ORER. | 295.00 | 1.30 | 383.50 |
| 05/12/2021 | HKS | EMAIL TO MARCO GARCIAACOSTA REGARDING STIPULATION MOTION TO SUBSTITUTE. | 295.00 | 0.10 | 29.50 |
| | HKS | CONDUCT LEGAL RESEARCH ON GROUNDS FOR REMOVAL. | 295.00 | 0.60 | 177.00 |
| | HKS | DRAFT NOTICE OF REMOVAL OF STATE COURT ACTION TO DISTRICT COURT. | | 1.30 | N/C |
| | HKS | REVIEW OF EMAIL FROM MARCOS GARCIAACOSTA APPROVING MOTION TO SUBSTITUTE AND REVISE SAME PURSUANT TO CONVERSATION. | 295.00 | 0.40 | 118.00 |
| | HKS | REVIEW OF DOCKET FOR STATE COURT ACTION AND MINUTE ENTRIES REGARDING DISMISSAL CALENDAR. | 295.00 | 0.20 | 59.00 |
| | HKS | TELEPHONE CONFERENCE WITH MARCO GARCIAACOSTA REGARDING STATUS OF STATE COURT ACTION AND SUBSTITUTION AND EXCHANGE CORRESPONDENCE REGARDING SAME. | 295.00 | 0.20 | 59.00 |
| 05/13/2021 | HKS | CONTINUE DRAFT OF NOTICE OF REMOVAL. | | 1.60 | N/C |
| | HKS | EMAIL TO MARCOS GARCIAACOSTA REGARDING FILINGS AND REMOVAL. | 295.00 | 0.10 | 29.50 |
| | HKS | EXCHANGE VARIOUS CORRESPONDENCE WITH LAMAR HAWKINS AND JESS COOK REGARDING DEFENDANTS' POSITION ON REMOVAL. | 295.00 | 0.20 | 59.00 |
| 05/17/2021 | HKS | REVIEW OF NOTICE FROM SUPERIOR COURT REGARDING ISSUES WITH FILING OF MOTION TO SUBSTITUTE. RESOLVE SAME. | 295.00 | 0.10 | 29.50 |
| | HKS | REVIEW OF ALL PLEADINGS FILED IN STATE COURT ACTION IN PREPARATION OF 2004 EXAMINATION EXAMS OF DEBTOR AND SON. | 295.00 | 2.30 | 678.50 |

Page: 3
10/19/2021
Account No: 7011-525
Statement No: 95184

LOTHAR GOERNITZ

TORRES, ROBERTO AMADOR

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 05/18/2021 | HKS | REVIEW OF EMAIL FROM MARCOS GARCIAACOSTA REGARDING 2004 EXAMINATION ISSUES. | 295.00 | 0.10 | 29.50 |
| | HKS | REVIEW OF EMAIL FROM MARCOS G. REGARDING EXAM. | 295.00 | 0.10 | 29.50 |
| 05/19/2021 | HKS | FINISH REVIEW OF STATE COURT PLEADINGS. REVIEW OF CORPORATION COMMISION RECORDS, REAL PROPERTY RECORDS, AND PREPARE FOR DEBTOR'S 2004 EXAMINATION EXAM. | 295.00 | 2.60 | 767.00 |
| | HKS | CONFERENCE WITH CREDITOR AND COUNSEL REGARDING DEBTOR'S FAILURE TO APPEAR AT 2004 EXAMINATION AND HOW TO PROCEED. | 295.00 | 0.70 | 206.50 |
| | HKS | TELEPHONE CONFERENCE WITH DEBTOR'S COUNSEL REGARDING 2004 EXAMINATION EXAM. EXCHANGE FOLLOW UP EMAILS REGARDING SAME. RESCHEDULE EXAM. | 295.00 | 0.20 | 59.00 |
| 05/20/2021 | HKS | EXCHANGE CORRESPONDENCE WITH MARCOS G. REGARDING 2004 EXAMINATION. | 295.00 | 0.10 | 29.50 |
| 05/26/2021 | HKS | EMAIL TO LAMAR HAWKINS REGARDING SETTLEMENT. | 295.00 | 0.10 | 29.50 |
| | HKS | REVIEW OF EMAIL FROM LAMAR HAWKINS REGARDING SETTLEMENT OFFERS. | 295.00 | 0.10 | 29.50 |
| 05/27/2021 | HKS | EXCHANGE CORRESPONDENCE WITH LAMAR HAWKINS REGARDING SETTLEMENT. | 295.00 | 0.10 | 29.50 |
| 05/28/2021 | HKS | REVIEW OF FILE AND CONDUCT 2004 EXAMINATION OF DEBTOR. | 295.00 | 2.10 | 619.50 |
| | MPL | PREPARATION FOR EXAM OF DEBTOR | 375.00 | 0.90 | 337.50 |
| | MPL | EXAM OF DEBTOR | 375.00 | 2.00 | 750.00 |
| 06/01/2021 | HKS | EMAIL TO MARCOS G. REGARDING 2004 EXAMINATION. | 295.00 | 0.10 | 29.50 |
| 06/04/2021 | HKS | REVIEW OF SETTLEMENT OFFER FROM LAMAR HAWKINS. | 295.00 | 0.10 | 29.50 |
| 06/10/2021 | HKS | EMAIL TO LAMAR HAWKINS REGARDING COUNTER OFFER. | 295.00 | 0.10 | 29.50 |
| | MPL | CONFERENCE WITH TRUSTEE REGARDING CLAIM FOR BUSINESS / SON'S HOME | 375.00 | 0.80 | 300.00 |
| 06/14/2021 | HKS | FOLLOW UP EMAIL TO LAMAR HAWKINS REGARDING COUNTER OFFER. | 295.00 | 0.10 | 29.50 |
| 06/15/2021 | HKS | TELEPHONE CONFERENCE WITH LAMAR HAWKINS REGARDING SETTLEMENT OFFER. | 295.00 | 0.10 | 29.50 |
| 07/06/2021 | HKS | REVIEW OF SETTLMENT CORRESPONDENCE FROM LAMAR HAWKINS. EMAIL TO ATTORNEY LANE REGARDING SAME. | 295.00 | 0.10 | 29.50 |
| 07/07/2021 | HKS | SETTLEMENT MEMO TO TRUSTEE. | 295.00 | 0.10 | 29.50 |
| | HKS | EMAIL TO LAMAR HAWKINS REGARDING COUNTER OFFER. | 295.00 | 0.10 | 29.50 |
| 07/13/2021 | HKS | EXCHANGE CORRESPONDENCE WITH LAMAR HAWKINS REGARDING SETTLEMENT. | 295.00 | 0.10 | 29.50 |

Page: 4
10/19/2021

LOTHAR GOERNITZ
Account No:     7011-525
Statement No:      95184

TORRES, ROBERTO AMADOR

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | HKS | REVIEW OF RESPONSE FROM BANK OF AMERICA REGARDING SUBPOENA. | 295.00 | 0.10 | 29.50 |
| 07/14/2021 | HKS | REVIEW OF EMAIL FROM MARCOS G. REGARDING 727 STIPULATION. | 295.00 | 0.10 | 29.50 |
| 07/15/2021 | HKS | EMAIL SETTLEMENT OFFER TO LAMAR H. | 295.00 | 0.10 | 29.50 |
| 07/21/2021 | HKS | EXCHANGE CORRESPONDENCE WITH LAMAR HAWKINS REGARDING SUBPOENA. | 295.00 | 0.10 | 29.50 |
| | DJM | DRAFT STIPULATED MOTION TO COMPROMISE CLAIMS OF THE ESTATE FOR ATTORNEY REVIEW AND REVISION. | 170.00 | 1.30 | 221.00 |
| | HKS | EXCHANGE CORRESPONDENCE WITH DEBTOR'S COUNSEL REGARDING MISSING INFORMATION. | 295.00 | 0.10 | 29.50 |
| | HKS | REVISE 9019. | 295.00 | 0.90 | 265.50 |
| | HKS | EMAIL TO LAMAR HAWKINS WITH DRAFT OF 9019. | 295.00 | 0.10 | 29.50 |
| 08/04/2021 | HKS | REVIEW OF EMAIL FROM LAMAR H. WITH REVISIONS TO 9019. REVIEW OF EXTENSIVE REVISIONS AND MEMORANDUM TO ATTORNEY LANE REGARDING SAME. | 295.00 | 0.50 | 147.50 |
| 08/05/2021 | MPL | ATTENTION TO 9019 DRAFT | 375.00 | 0.40 | 150.00 |
| 08/06/2021 | HKS | EMAIL TO DEBTOR'S COUNSEL. | 295.00 | 0.10 | 29.50 |
| 08/10/2021 | HKS | REVIEW OF EMAIL FROM LAMAR H. APPROVING 9019. | 295.00 | 0.10 | 29.50 |
| | HKS | REVISE NOTICE OF 9019. | 295.00 | 0.20 | 59.00 |
| | HKS | TELEPHONE CONFERENCE WITH MARCOS G. REGARDING 9019. | 295.00 | 0.10 | 29.50 |
| 08/12/2021 | HKS | REVIEW OF EMAIL FROM MARCOS G. REGARDING EXTENDING TIME TO FILE 727 COMPLAINT. | 295.00 | 0.10 | 29.50 |
| 08/19/2021 | HKS | REVIEW OF EMAIL FROM LAMAR H. REGARDING 9019. REVIEW OF DOCKET. EMAIL TO LAMAR H. | 295.00 | 0.10 | 29.50 |
| 08/30/2021 | HKS | CONFERENCE WITH TRUSTEE REGARDING 9019 AND OFFERS. | 295.00 | 0.20 | 59.00 |
| 08/31/2021 | MPL | ATTENTION TO POTENTIAL OFFERS AND 363 SALE | 375.00 | 0.40 | 150.00 |
| 09/07/2021 | HKS | EMAIL TO MARCOS G. REGARDING 9019. | 295.00 | 0.10 | 29.50 |
| | HKS | REVIEW AND REVISE CERTIFICATE OF NO OBJECTION AND ORDER FOR 9019. | 295.00 | 0.20 | 59.00 |
| 09/08/2021 | HKS | REVIEW OF ORDER APPROVING 9019. EMAIL TO LAMAR HAWKINS REGARDING DEFAULT AFTER REVIEW OF FILE. | 295.00 | 0.20 | 59.00 |
| 09/09/2021 | HKS | REVIEW OF EMAIL FROM LAMAR H. REGARDING 9019 TERMS. | 295.00 | 0.10 | 29.50 |
| 10/15/2021 | HKS | EMAIL TO DEBTOR'S COUNSEL REGARDING SETTLEMENT PAYMENTS. | 295.00 | 0.10 | 29.50 |

LOTHAR GOERNITZ

TORRES, ROBERTO AMADOR

|  | Rate | Hours |  |
|---|---|---|---|
| ASSET ANALYSIS & DISPOSITION |  | 25.20 | 7,879.50 |
| For Current Services Rendered |  | 31.70 | 10,222.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| MICHAEL P. LANE | 12.10 | $375.00 | $4,537.50 |
| MICHAEL P. LANE | 1.00 | 420.00 | 420.00 |
| SHEILA M. ROCHIN | 0.50 | 175.00 | 87.50 |
| DEB MCKERNAN | 1.30 | 170.00 | 221.00 |
| HELEN SANTILLI | 16.80 | 295.00 | 4,956.00 |

### Expenses

| Date | Description | Amount |
|---|---|---|
| 04/14/2021 | POSTAGE 1 @ $.51 | 0.51 |
| 04/15/2021 | POSTAGE 1 @ $.51 | 0.51 |
| 04/15/2021 | POSTAGE 1 @ $.51 | 0.51 |
| 04/20/2021 | POSTAGE 1 @ $.71 | 0.71 |
| 05/07/2021 | PROCESS SERVICE; ATTEMPTED SERVICE | 96.60 |
| 05/12/2021 | AZ TURBO COURT FIRST APPEARANCE FILING FEE | 259.05 |
| 05/12/2021 | POSTAGE 3 @ $.51 | 1.53 |
| 06/18/2021 | POSTAGE 1 @ $.51 | 0.51 |
| 07/13/2021 | POSTAGE 1 @ $.51 | 0.51 |
| 10/19/2021 | PACER FEE | 6.40 |
|  | Total Expenses | 366.84 |
|  | Total Current Work | 10,588.84 |
|  | **Balance Due** | $10,588.84 |

|  |  | Hours to Bill | Amount |  |
|---|---|---|---|---|
| Subtotal for Timekeeper 1 | Billable | 4.50 | 1,687.50 | MICHAEL P. LANE |
| Subtotal for Timekeeper 19 | Billable | 0.50 | 147.50 | HELEN SANTILLI |
| **Total for Category 101** | Billable | 5.00 | 1,835.00 | CASE ADMINISTRATION |
| Subtotal for Timekeeper 1 | Billable | 1.00 | 420.00 | MICHAEL P. LANE |
| Subtotal for Timekeeper 8 | Billable | 0.50 | 87.50 | SHEILA M. ROCHIN |
| **Total for Category 102** | Billable | 1.50 | 507.50 | PROFESSIONAL EMPLOYMENT/ FEES |
| Subtotal for Timekeeper 1 | Billable | 7.60 | 2,850.00 | MICHAEL P. LANE |
| Subtotal for Timekeeper 16 | Billable | 1.30 | 221.00 | DEB MCKERNAN |
| Subtotal for Timekeeper 19 | Billable | 16.30 | 4,808.50 | HELEN SANTILLI |
| **Total for Category 104** | Billable | 25.20 | 7,879.50 | ASSET ANALYSIS & DISPOSITION |

**GRAND TOTALS**

|  |  |  |  |
|---|---|---|---|
|  | Billable | 31.70 | 10,222.00 |